Barry R. Wegman (Bar No. 127356)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone:(818) 507-6000
Facsimile:(818) 507-6800

Attorneys for Plaintiff Barry Fischer

> **FILED & ENTERED**
>
> **OCT 08 2009**
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> **BY johnson  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>BARRY FISCHER,<br><br>        Debtor.<br>_____<br>**BARRY FISCHER,**<br><br><br>        Plaintiffs,<br><br>    vs.<br><br>**AMERICAN HOME MORTGAGE SERVICING, INC.,**<br><br>        Defendant.<br>_____ | ) Case No. 2:05-bk-47011 VZ<br>)<br>)<br>) Chapter 7<br>)<br>)<br>) Adv Case No. 2:09-02018 VZ<br>)<br>) **ORDER APPROVING STIPULATION TO**<br>) **CONTINUE STATUS CONFERENCE**<br>)<br>)<br>) <u>CURRENT STATUS CONFERENCE DATE</u>:<br>) Date: October 15, 2009<br>) Time: 10:00 a.m.<br>) Ctrm: 1368<br>)<br>) <u>CONTINUED STATUS CONFERENCE</u><br>) <u>DATE</u>:<br>) Date: December 10, 2009<br>) Time: 10:00 a.m.<br>  Ctrm: 1368<br>     Roybal Federal Building<br>     255 E. Temple Street<br>     Los Angeles, CA 90012<br><br>[Docket Entry #9] |

    The Stipulation of Plaintiff Barry Fischer and Defendant American Home Mortgage Servicing, Inc., by and through their

1  respective counsel, to continue the initial Status Conference from
2  October 15, 2009 to a date on or after November 20, 2009, *docket*
3  *entry #9*, has been reviewed and considered by the Court.  Based
4  upon good cause showing,

6  **IT IS HEREBY ORDERED**:
7  The initial Status Conference in the above entitled adversary
8  action is continued from October 15, 2009 at 10:00 a.m. in
9  Courtroom 1368 to **December 10, 2009** at 10:00 a.m. in Courtroom
10 1368.

12                                  # # #

26 DATED: October 8, 2009
                                    _____
                                    United States Bankruptcy Judge

| Barry Fischer v. American Home Mortgage, Inc. | CHAPTER: 7 |
|---|---|
|  | CASE NUMBER: 2:09-02018-VZ |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **10/4/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

T. Robert Finlay  
Wright, Finlay & Zak LLP  
4665 MacArthur Court  
Suite 280  
Newport Beach, CA 92660

Honorable Vincent Zurzolo  
United States Bankruptcy Court  
255 E. Temple Street, #1360  
Los Angeles, CA 90012

**X** Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 4, 2009 | Malissa Murguia | /s/Malissa Murguia |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| Barry Fischer v. American Home Mortgage, Inc. | CHAPTER: 7 |
|---|---|
| | CASE NUMBER: 2:09-02018-VZ |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON APPLICATIONS FOR PROFESSIONAL COMPENSATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **9/09/09**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Jeffrey I Golden     ljones@wgllp.com, jgolden@ecf.epiqsystems.com
* United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
* Barry R Wegman     barrywegman@tilemlaw.com, malissamurguia@tilemlaw.com
marcycarman@tilemlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

T. Robert Finlay
Wright, Finlay & Zak LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page